IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREGORY D. TRIBBLE                                                                                        PLAINTIFF

v.                                            No. 3:08CV00093JLH/HLJ

JERRY LUNG, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE